AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Dennis Rael<br>A.K.A. Dennis Raael, Dennis Arturo Rael<br>(year of birth 1993)<br>*Defendant(s)* | Case No. **25mj481** |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 10, 2025  in the county of  Bernalillo  in the
_____ District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Enrique F. Castillo, U.S. Deputy Marshal
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 3/18/2025

*Judge's signature*

City and state:   Albuquerque, New Mexico   Hon. Steven C. Yarbrough, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF:<br>Dennis Rael<br>AKA Dennis Raael<br>AKA Dennis Arturo Rael<br>Year of birth 1993 | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Enrique F. Castillo, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND OF THE AFFIANT**

1. I make this affidavit in support of a criminal complaint and arrest warrant for Dennis Rael (year of birth 1993) for a violation of 18 U.S.C. § 751(a), that being escape from custody. Section 751(a) makes it a criminal offense to escape from the custody of the Attorney General, or from any institution or facility in which the individual is confined by direction of the Attorney General, or from any custody which is by virtue of a judgment and commitment of any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to a lawful arrest.

2. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and have been since July 19, 2022. I have received and completed training at the Federal Law Enforcement Training Center (FLETC) as a criminal investigator. During my tenure with the USMS, I have investigated and assisted in the apprehension of Federal, State, and local fugitives to include but not limited to sex offenders, gang members, violent repeat offenders, and those with extensive criminal history. I am an investigative law enforcement officer of the

United States within the meaning of 18 U.S.C. § 2510(7). I am authorized under 28 U.S.C. § 564 to enforce the laws of the United States, which includes the apprehension of federal fugitives, and I am authorized by law to request an arrest warrant.

3. The statements contained in this affidavit are based upon my investigation, training and experience, as well as information provided by other law enforcement officers or from other reliable sources. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against Dennis Rael, for a violation of 18 U.S.C. § 751(a), escape from custody.

**FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE**

4. On January 28, 2022, Rael received a sentence of 41 months' incarceration in the Bureau of Prisons (BOP) in Cause No. 19-CR-3102-WJ.

5. On February 26, 2025, Rael was placed at the Diersen Residential Reentry Center, located at 2331 Menaul Boulevard NE, Albuquerque, NM 87107 by BOP to finish the remaining portion of his sentence. Upon arrival, Rael signed the Acknowledgement of Custody form that states "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission of the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

6. On March 10, 2025, Rael left Diersen and his whereabouts are presently unknown.

**CONCLUSION**

7.      In summary, based on the above information, I believe there is probable cause to believe Dennis Rael committed a violation of 18 U.S.C. § 751(a), escape from custody, on March 10, 2025, in the District of New Mexico.

8.      This affidavit has been reviewed by Assistant United States Attorney Sarah Mease.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Enrique F. Castillo
Deputy United States Marshal
United States Marshals Service

Subscribed electronically and sworn telephonically to me this **14th** day of **March**, 2025:

_____
HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE
Albuquerque, New Mexico

3